## UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: Mark C  Meredith | Case no. 15-27286-RAG |
| Debtor(s) | Chapter 13 |

MOTION TO MODIFY PLAN UNDER SECTION 1329 (d) OF THE
BANKRUPTCY CODE

Mark C  Meredith files this Motion To Modify Plan Under Section 1329 (d) Of The Bankruptcy Code and in support thereof states as follows:

1. Mark C  Meredith is behind with the  plan payments in this case. The arrears are due at least in part to the current COVID-19 pandemic.

2. The Debtor has paid more than $119,790.00 to the Chapter 13 trustee since the case was filed. The secured creditor in this case had at the time of the filing an  arrearage claim of $211,414.03. The Debtor has paid more than 107,791.00  to the secured creditor through the Chapter 13 plan. This effectively reduces the amount of the balance to Respondent to $103,622.00.

3. The Debtor's principal source of income is his vending machine business. Since the COVID-19 shutdown the Debtor's business has been severely affected. The Debtor's sales have been reduced by more than 80%.  This has a severe impact on the Debtor's ability to make plan payments.

4. COVID-19 is not the sole issue that has impacted the Debtor's ability to pay his plan payment. In early 2019 the Debtor was required to take over care for his aging grandmother. The regular caretaker was diagnosed with cancer and was not able to continue with the care she provided in the evening and at night. To pay the huge amounts required by this plan the Debtor at times

worked more than one job, rented out rooms in his home and ran his vending machine business. . Debtor's grandmother is elderly and cannot care for herself. She requires 24 hour care. Debtor was using the time in the evening to work supplementing his income. Because of his family duties he was not able to perform his additional work and has fallen behind both with his plan payments and the payments to Respondent. Mark C  Meredith is seeking this modification of the plan pursuant to § 1329(d) of the Bankruptcy code to extend the time allowed for him to pay his obligations under the Chapter 13 plan.

5.  The Debtor believes he will be able to make the plan payments under this proposed modified plan.


Wherefore Mark C  Meredith prays for the entry of an order granting Motion To Modify Plan Under Section 1329 (d) Of The Bankruptcy Code and granting such further relief as the court deems just and proper.

> /s/ J. Michael Broumas
> J. Michael Broumas, Esquire
> Broumas Law Group LLC
> 8370 Court Avenue, Suite 203
> Ellicott City, Maryland 21043
> (410) 840-7575
> Counsel for Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of  the foregoing motion  and the proposed order will be served electronically by the Court's  CM/ECF system on the following:

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286

/s/     J. Michael Broumas
J. Michael Broumas, Esquire
Broumas Law Group LLC
8370 Court Avenue, Suite 203
Ellicott City, MD 21043
Tel. No. (410) 840-7575


I HEREBY FURTHER CERTIFY that on May 11, 2020 a copy of foregoing

motion, notice of motion  and the proposed order were also mailed first class mail,

postage prepared to:

 All parties attached to master mailing matrix


/s/     J. Michael Broumas
J. Michael Broumas, Esquire