# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: Mark C  Meredith | Case no. 15-27286-RAG |
| Debtor (s) | Chapter 13 |

## VERIFICATION UNDER PENALTY OF PERJURY

I/We Mark C  Meredith am / are over 18 years of age and have personal knowledge of the matters set forth herein. I hereby affirm under penalty of perjury that the matters set forth in the motion are true.

/S/Mark C  Meredith_____

.This verification under penalty of perjury is filed as a substitute for the affidavit described in Administrative Order 20-10 because a notary public is not available.