UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

| IN RE: Mark C Meredith | Case no. 15-27286-RAG |
|---|---|
| Debtor(s) | Chapter 13 |

ORDER GRANTING MOTION TO MODIFY PLAN UNDER SECTION 1329 (d) OF THE BANKRUPTCY CODE

The Motion to Modify Plan came on for hearing, the court having considered the motion it is therefore

ORDERED that the Motion to Modify Plan is granted.

Cc: J. Michael Broumas, Esquire
Broumas Law Group LLC
8370 Court Avenue, Suite 203
Ellicott City, Maryland 21043

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286

All creditors on the attached mailing matrix

END OF ORDER