| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 15-27286<br>District of Maryland<br>Baltimore<br>Mon May 11 11:59:52 EDT 2020 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Deutsche Bank Trust Company Americas, as Tru<br>10021 BALLS FORD ROAD, SUITE 200<br>MANASSAS, VA 20109-2666 |
| Wells Fargo Bank, N.A./Wells Fargo Home Mort<br>MAC X7801-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Baltimore<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201-2605 | Arlington Community Fc<br>2130 N Glebe Rd<br>Arlington, VA 22207-2219 |
| Cap One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Comptroller of Maryland<br>80 Calvert Street<br>PO Box 466<br>Annapolis, MD 21404-0466 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX 75380-2068 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | David Cole, Jr.<br>12309 Hydeaway Court<br>Highland, MD 20777-9581 |
| Deutsche Bank Trust Company Americas<br>William M. Savage, Esquire<br>SHAPIRO & BROWN, LLP<br>10021 BALLS FORD ROAD, SUITE 200<br>MANASSAS, VIRGINIA 20109-2666 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | GENERAL ELECTRIC CAPITAL CORPORATION<br>ASSIGNEE OF SAM'S CLUB<br>260 LONG RIDGE ROAD<br>Stamford, CT 06902-1638 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Office of Law<br>Howard County, Maryland<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4300 | Professnl Acct Mgmt In<br>Pam Po Box 391<br>Milwaukee, WI 53201-0391 | Sams Club / GEMB<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | WELLS FARGO BANK, N.A.<br>DEFAULT DOCUMENT PROCESSING<br>MAC#N 9286-01Y<br>1000 BLUE GENTIAN ROAD<br>EAGAN, MN 55121-7700 | Wells Fargo Bank, N.A.<br>Attn: BK Dept<br>MAC#D3347-014<br>3476 Stateview Blvd<br>Fort Mill SC 29715-7203 |
| J. Michael Broumas<br>J. Michael Broumas<br>Broumas Law Group LLC<br>8370 Court Avenue, Suite 203<br>Ellicott City, MD 21043-4975 | Mark C Meredith<br>12309 Hydeaway Court<br>Highland, MD 20777-9581 | Robert S. Thomas II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286-3005 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase/cc
Po Box 15298
Wilmington, DE 19850

Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20507
Kansas City, MO 64195

IRS
31 Hopkins Plaza
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AMERICAN EXPRESS BANK, FSB
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

(d)American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

(d)American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355 0701

(u)CANTER, RONALD S ESQ
INVALID ADDRESS PROVIDED

(u)Cap One
INVALID ADDRESS PROVIDED

(u)Ericka Temple

(u)Hb Fsb
INVALID ADDRESS PROVIDED

(u)Victor Dingus

(u)Wells Fargo Hm Mortgag
INVALID ADDRESS PROVIDED

End of Label Matrix
Mailable recipients    29
Bypassed recipients     9
Total                  38